In re Edgar G. ENGLEMAN, Ronald Levy, Frank J. Hsu and Claudia Benike.

No. 2014–1230.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2014.

Vicki S. Veenker, Veenker Law Offices, of Palo Alto, CA, argued for appellants. With her on the brief were David A. Roise, VLP Law Group LLP, of Palo Alto, CA; and William R. Zimmerman and Jonathan E. Bachand, Knobbe, Martens, Olson & Bear, LLP, of Washington, DC.

Kristi L.R. Sawert, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, and Jamie L. Simpson, Associate Solicitor.

DYK, REYNA, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re INVENTOR HOLDINGS, LLC.

No. 2014–1363.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2014.

Tarek N. Fahmi, Ascenda Law Group, PC, of San Jose, California, argued for appellant.

Coke Morgan Stewart, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, and Jeremiah S. Helm, Associate Solicitor.

O'MALLEY, CLEVENGER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.